# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KRISTEN JAMES PHILLIPS,**<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>**MIDWEST TECHNOLOGIES, INC.,**<br>a Minnesota Corporation, and<br>**MIDWEST SPECIAL INSTRUMENTS**<br>**CORP.**, a Minnesota Corporation,<br><br>　　　　　　　　Defendants. | 8:12CV338<br><br><br>ORDER |

　　　　Upon notice of settlement given to the court on January 4, 2013, by David A. Yudelson, attorney for the defendants,

　　　　**IT IS ORDERED that**:

　　　　1.　　On or before February 4, 2013, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case.  If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

　　　　2.　　Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

　　　　3.　　The defendants' Motion to Dismiss, or, in the Alternative, Transfer Venue (Filing No. 5), the plaintiff's Motion to Remand (Filing No. 6), and the defendants' Objection to Magistrate Judge's Findings and Recommendation (Filing No. 21) are terminated as moot.

　　　　Dated this 7th day of January, 2013.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　 s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge