IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KRISTEN JAMES PHILLIPS, ) | Case No. 8:12-CV-338 |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER OF DISMISSAL |
| ) | |
| MIDWEST TECHNOLOGIES, INC., A ) | |
| Minnesota Corporation, and MIDWEST ) | |
| SPECIAL INSTRUMENTS CORP. ("MSI") ) | |
| A Minnesota Corporation, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the parties' joint stipulation for dismissal (Filing No. 29). The parties have agreed to dismiss the case with prejudice, each party to bear its own costs and attorney fees. The court accepts the stipulation, and the case will be dismissed with prejudice. Accordingly,

IT IS ORDERED:

1. This action is dismissed with prejudice; and

2. The parties shall bear their own costs and attorney fees.

Dated this 13th day of February, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge